RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 6/26/08
GB

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| TAYLORS INTERNATIONAL SERVICES, INC. | CIVIL ACTION NO. 6:07-00024 |
| VERSUS | JUDGE DOHERTY |
| WILLIE THIBODEAUX | MAGISTRATE JUDGE METHVIN |

### RULING AND ORDER

Currently pending in the instant matter are three "Motion[s] to Seal Documents" [Rec. Docs. 28, 30 and 32] filed by plaintiff, Taylors International Services, Inc. In those motions, counsel moves the Court to seal various documents submitted in support of three *Daubert* motions filed by plaintiff. Plaintiff is hereby REFERRED to Federal Rule of Civil Procedure 5.2(a) and is ORDERED to resubmit the documents in redacted form, or make a showing of good cause as to why these documents should be sealed in their entirety.[1]

---

[1] "It is clear that the courts of this country recognize a general right to inspect and copy public records and documents, including judicial records and documents." Nixon v. Warner Communications, Inc., 435 U.S. 589, 597 (1978). However, the public's common law right is not absolute. Id. "Every court has supervisory power over its own records and files, and access has been denied where court files might have become a vehicle for improper purposes." Id. "Although the common law right of access to judicial records is not absolute, 'the district court's discretion to seal the record of judicial proceedings is to be exercised charily.'" S.E.C. v. Van Waeyenberghe, 990 F.2d 845, 848 (5th Cir. 1993)(quoting Federal Savings & Loan Ins. Corp. v. Blain, 808 F.2d 395, 399 (5th Cir.1987). "In exercising its discretion to seal judicial records, the court must balance the public's common law right of access against the interests favoring nondisclosure." Id.

Due to the forgoing, the "Motion[s] to Seal Documents" [Rec. Docs. 28, 30 and 32] are DENIED.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 26 day of June, 2008.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE